UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 17 A 11: 02

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10035-PBS-MBS |
| | ) | |
| **MARYSOL MORALES** | ) | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendant was arrested on February 17, 2005, and that there is no further reason to keep the indictment secret.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

dated: February 17, 2005

By: _____
PAUL G. LEVENSON
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147

Dein, M.J.
MOTION ALLOWED
By the Court
Deputy Clerk 2/17/05