AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MARYSOL MORALES

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10035 PBS

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 FEB 16 P 3:37

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _MARYSOL MORALES_
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Corrupt receipt of payments by agent of federally funded local government entity

in violation of Title __18__ United States Code, Section(s) __666__

Catherine M. Gawlik
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Supervisor
Title of Issuing Officer

2-16-05   Boston
Date and Location

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY HUD-IG BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/17/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.