UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                        ) | **NO. 05-10035-PBS (MBB)** |
| ) | |
| MARYSOL MORALES           ) | |

**ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE
AND FOR EXCLUSION OF TIME FROM SPEEDY TRIAL CALENDAR**

The defendant (with the assent of the United States through Assistant United States Attorney Paul G. Levenson) moves that the status conference scheduled for June 14, 2005, be continued to August 2, 2005. In support of this motion, the defendant avers that she has been informed that the United States intends to obtain a superceding indictment in this case. In addition, the defendant needs additional time to review the voluminous discovery materials made available to her.

The defendant further moves pursuant to 18 U.S.C. § 3161(h)(8)(A), that the period of time from June 14, 2005 through August 2, 2005, be excluded from the computation of time within which the trial in this case must commence. The defendant submits that the ends of justice would be served by granting such an exclusion so that the United States can complete its presentation

of additional evidence to the grand jury, and the defendant can have adequate time to review the numerous discovery documents.

        Marysol Morales
        By Her Attorneys

        CARNEY & BASSIL


        /s/ *J. W. Carney, Jr.*

        J. W. Carney, Jr.
        B.B.O. # 074760
        CARNEY & BASSIL
        20 Park Plaza, Suite 1405
        Boston, MA 02116
        617-338-5566
        jcarney@CarneyBassil.com

Dated:  June 14, 2005

Case 1:05-cr-10035-PBS     Document 13     Filed 06/14/2005     Page 3 of 3