# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 05-10035-PBS

UNITED STATES OF AMERICA

v.

MARYSOL MORALES

## *FINAL STATUS REPORT*

October 12, 2005

**BOWLER, U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Superseding Indictment in the above-entitled case, which charges the defendant with the corrupt receipt of payments by an agent of a federally funded local government agency and the use of false documents in a matter within the jurisdiction of a federal agency, was returned on July 20, 2005;

    2. The defendant was arraigned on the Superseding Indictment on August 4, 2005;

    3. The defendant is not in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately eight witnesses and that the trial would last approximately two weeks;

5. Counsel for the defendant has not determined if the case will be resolved by way of a plea of guilty or a trial. The parties agree that discovery has been completed;

6. As of the date of this Final Status Report, time has been excluded through October 12, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge