UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.   05-10035-PBS |
| v. | |
| MARYSOL MORALES | |

### NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                                          March 8, 2006

The Final Pretrial Conference previously scheduled for April 11, 2006, has been **rescheduled** to **April 4, 2006, at 2:00 p.m.**

**NOTE:** The Trial remains scheduled for April 24, 2006.  Counsel are to submit the completed Pretrial Order to the Court forthwith.

By the Court,

_/s/ Robert C. Alba_
Deputy Clerk

Copies to:  All Counsel

resched.ntc