UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10035 PBS |
| ) | |
| MARYSOL MORALES, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES WITNESS LIST

The United States anticipates calling the following witnesses in its case in chief:

1. Krisanne Sheedy
   Avon Housing Authority
   1 Fellowship Circle
   Avon, MA

   residence:  Easton, MA

2. Margaret Josephine Holmes
   Avon, MA

3. John Sullivan, CPA
   92 High Street, Suite DH-30
   Medford, MA 02155

   residence: Brookline, MA

4. Jane Isnor
   92 High Street, Suite DH-30
   Medford, MA 02155

   residence: Lexington, MA

5. Angela Qiu
   92 High Street, Suite DH-30
   Medford, MA 02155

   residence: Medford, MA

6. Janet Montissol
   Taunton, MA

7. Belkis Ortiz
   Dorchester, MA

8. Vilma Nunez
   Hyde Park, MA

9. Alenairam Mejia
   Dorchester, MA

10. Eleanor Paris
    Weymouth, MA

11. Airin Gonzalez
    Dorchester, MA

    c/o Suffolk County Sheriff
    Southbay House of Corrections

12. Madeline Gatti
    Boston Housing Authority
    52 Chauncy Street
    Boston, MA

    residence: Hingham, MA

13. Marilyn O'Sullivan
    Boston Housing Authority
    52 Chauncy Street
    Boston, MA

    residence: Medford, MA

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

dated: April 12, 2006

                                By: /s/ Paul G. Levenson
                                        PAUL G. LEVENSON
                                        Assistant U.S. Attorney
                                        John Joseph Moakley United States Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        (617) 748-3147

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

dated: April 12, 2006

                                        /s/ Paul G. Levenson
                                        PAUL G. LEVENSON