UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                       )
UNITED STATES OF AMERICA               )
                                       )
        v.                             )        Criminal No. 05-10035 PBS
                                       )
MARYSOL MORALES                        )
                                       )
_____     )

<u>UNITED STATES EXHIBIT LIST</u>

The United States anticipates offering the exhibits described in the attached list in its case

in chief.  We reserve the right to supplement this list, in keeping with the provisions of the

pretrial order in this case.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

dated:  April 12, 2006


                    By: <u>/s/ Paul G. Levenson</u>
                        PAUL G. LEVENSON
                        Assistant U.S. Attorney
                        John Joseph Moakley United States Courthouse
                        1 Courthouse Way, Suite 9200
                        Boston, MA 02210
                        (617) 748-3147


CERTIFICATE OF SERVICE

        I hereby certify that this document, filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and that paper copies will be sent to those indicated as non registered participants on this date.

dated:  April 12, 2006

                        <u>/s/ Paul G. Levenson</u>
                        PAUL G. LEVENSON

EXHIBIT LIST                                page 1 of 6
United States v. Marysol Morales, Criminal No. 05-10035 PBS

| Trial Ex. # | Description | Identified | Offered | Admitted |
|---|---|---|---|---|
| 01 | Color Photo of Office (desk) | | | |
| 02 | Color Photo of Office (door) | | | |
| 03 | Color Photo of file cabinet | | | |
| 04 | NAHRO Certificate dated 9/15/00 certifying Marysol Morales as a Section 8 Housing Manager | | | |
| 05 | 8/7/01 letter from Nan McKay re: passing certification examination & Progress Report, Section 8 HQS | | | |
| 06 | Nan McKay Section 8 Eligibility certification; 5/23/02 letter to Avon Housing Authority; Sec 8 Eligibility Progress Report & Individual Subtest Report on EXAM1 | | | |
| 07 | File containing 5/23/02 letter to Marysol Morales; Sec 8 Rent Calc Progress Report & Ind. Subtest Report & Sec 8 Eligibility Progress Report & Ind. Subtest Report; Section 8 HCV Rent Calculation certification | | | |
| 08 | Avon Housing Authority Code of Professional Conduct dated 6/16/04 | | | |
| 09 | Fleet Bank Statements - Avon Housing Authority (July-December 2004) | | | |
| 10 | 2 page Income Limits FY 2003 printout for State of Massachusetts | | | |
| 11 | Schedule B - Proposed Fair Market Rents 2004 for Existing Housing (4 pages) with Handwritten notations | | | |
| 12 | 10/8/04 Fax to Madeline Gatti from Kris Sheedy with attached Invoice #42 | | | |
| 13 | 10/13/04 email to Madeline Gatti from Avon Housing attaching Invoice #42 | | | |

EXHIBIT LIST                    page 2 of 6
United States v. Marysol Morales, Criminal No. 05-10035 PBS

| Trial Ex. # | Description | Identified | Offered | Admitted |
|---|---|---|---|---|
| 14 | Fax of printed sheet with handwritten notations: Voucher Program - Mobility Payables & Receivables as of June 30, 2004 1. AVHA Acts as Host for Certificates from other Housing Authorities Residing in Avon) 2. Avon Existing Certificates Residing in Other Communities | | | |
| 15 | 6 page spreadsheet July 2004 - June 2005 (with Handwritten notations) | | | |
| 16 | 5 page spreadsheet July 2004 - May 2005 (with Handwritten notations) | | | |
| 17 | 2004 desk calendar | | | |
| 18 | Avon Housing Authority termination letters | | | |
| 19 | (Sullivan) Balance Sheet for Section 8 and Public Housing - Avon Housing Authority: Period ending 6/30/04 | | | |
| 20 | Accounting Records (Sullivan) Through June 2004 Avon Housing Authority Cash Reconciliation; Receipts & Disbursements; Journal Vouchers; Depreciation Schedule; compensated absences & spreadsheet. | | | |
| 20 | Accounting Records for period ending June 2004 Avon Housing Authority Cash Reconciliation; Receipts & Disbursements; Journal Vouchers; Depreciation Schedule; compensated absences & spreadsheet. | | | |
| 21 | Avon Section 8 Voucher Balance Sheet, June 30, 2004 with schedules and budgeted statement of revenues and expenses | | | |
| 22 | Fleet/Bank of America Statement of Accounts, check register reconciliation: Avon Housing Authority July - December 2004 | | | |
| 23 | Avon Housing Authority file - MARIA MULERO | | | |

EXHIBIT LIST                        page 3 of 6
United States v. Marysol Morales, Criminal No. 05-10035 PBS

| Trial Ex. # | Description | Identified | Offered | Admitted |
|---|---|---|---|---|
| 24 | Avon Housing Authority file - JOSE L. HERRERO | | | |
| 25 | Avon Housing Authority file - SARAH ARAIS | | | |
| 26 | Avon Housing Authority file - MIRIAM GARCIA | | | |
| 27 | Avon Housing Authority file - WILMARIS FLORES | | | |
| 28 | Avon Housing Authority file - YARITZA MARTINEZ | | | |
| 29 | Avon Housing Authority file - ANGELIC LE | | | |
| 30 | Avon Housing Authority file - KARINA GONZALEZ | | | |
| 31 | Avon Housing Authority file - MANUEL DeAGUIAR | | | |
| 32 | Avon Housing Authority file - DENISE ALMEIDA | | | |
| 33 | Avon Housing Authority file - JOSEFINA TERRERO | | | |
| 34 | Avon Housing Authority file - JOSE A. ROSA | | | |
| 35 | Avon Housing Authority file - KAREN GRULLON | | | |
| 36 | Avon Housing Authority file - MARINA BARBOSA | | | |
| 37 | Avon Housing Authority file - CARMEN ANDRADE | | | |
| 38 | Avon Housing Authority file - JANET MONTISSOL | | | |
| 39 | Avon Housing Authority file - BELKIS ORTIZ | | | |
| 40 | Avon Housing Authority file - VILMA NUNEZ | | | |
| 41 | Avon Housing Authority file - ALENAIRAM MEJIA | | | |
| 42 | Avon Housing Authority file - AIRIN GONZALEZ | | | |

EXHIBIT LIST                                    page 4 of 6
United States v. Marysol Morales, Criminal No. 05-10035 PBS

| Trial Ex. # | Description | Identified | Offered | Admitted |
|---|---|---|---|---|
| 43 | Avon Housing Authority Invoice No. 42 to Boston Housing Authority dated 8/10/04 | | | |
| 44 | (from Gatti) 9/30/04 email re: Avon | | | |
| 45 | (from Gatti) 10/01/04 email from Gatti to Paula Saba re: Avon Housing Authority | | | |
| 46 | 10/01/04 email from Marysol to Paula Saba, FW to M.Gatti re: Jack year end report til June 04 with Excel spreadsheet | | | |
| 47 | Avon Housing Authority Invoice #42 (6 pages) with handwritten notes | | | |
| 48 | 38 page Boston Housing Authority ledgers | | | |
| 49 | Avon Housing Authority Invoice #42 (6 pages) with handwritten notes | | | |
| 50 | Printouts of Spreadsheets/print-outs of Vendor Payments Avon Housing Authority; Boston Mobility sheets, with handwritten notes | | | |
| 51 | 11/8/04 email from Gatti to Sheedy re: balances | | | |
| 52 | Marilyn O'Sullivan email, 11/4/2003 to Leased Housing Dept. re: Boston Housing Authority with attached Voucher request form; FW to Paula Saba | | | |
| 53 | 1/21/04 letter from Grace Sanabria to HR - notice of resignation as Leasing Officer | | | |
| 54 | 1/22/04 Exit Interview Checklist - Grace Sanabria | | | |
| 55 | 1/21/04 Memorandum to Grace Sanabria from Tognacci re: Exit Interview. | | | |

EXHIBIT LIST                          page 5 of 6
United States v. Marysol Morales, Criminal No. 05-10035 PBS

| Trial Ex. # | Description | Identified | Offered | Admitted |
|---|---|---|---|---|
| 56 | List of Tenants (4 pages typed and handwritten) with notation "Avon Info to HUD 12/04" | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT LIST                                        page 6 of 6
United States v. Marysol Morales, Criminal No. 05-10035 PBS

| Trial Ex. # | Description | Identified | Offered | Admitted |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |