UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-10035 PBS |
| | ) |
| MARYSOL MORALES | ) |
| | ) |

## UNITED STATES' PROPOSED VOIR DIRE QUESTIONS

In addition to the Court's customary introduction to the jury, the United States requests that the Court ask prospective jurors the following voir dire questions:

1. Have you, a family member, or someone close to you ever been involved in a criminal case as either a victim, a witness, or a person charged with a crime?

2. Are you, a family member, or someone close to you involved in the criminal justice system as a law enforcement officer, a prosecutor, a defense attorney, or an employee of either a prosecutor or a defense attorney?

3. Do you, a family member, or someone close to you live in subsidized housing?

4. Have you, a family member, or someone close to you ever been wait-listed or turned down for subsidized housing?

5. You will be the sole judges of the facts but you must apply the law as I instruct you, even if you disagree with the law. Will you have any hesitation in following my instructions on the law?

6. Do you have any beliefs, whether philosophical or religious, that would make it difficult for you to pass judgment on another person?

7. Do you have any difficulties with hearing or with understanding English that may affect your ability to understand the testimony of witnesses?

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

dated: April 12, 2006

                            By: */s/Paul G. Levenson*
                                  PAUL G. LEVENSON
                                  Assistant U.S. Attorney
                                  John Joseph Moakley United States Courthouse
                                  1 Courthouse Way, Suite 9200
                                  Boston, MA 02210
                                  (617) 748-3147

## CERTIFICATE OF SERVICE

     I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

dated: April 12, 2006

                                /s/ Paul G. Levenson
                                PAUL G. LEVENSON