UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-cr-10035-PBS |
| | ) |
| MARYSOL MORALES | ) |
| | ) |

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby respectfully requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to Andrea Cabral, Sheriff Suffolk County, Boston, Massachusetts, for the purpose of securing **AIRIN GONZALEZ** to testify in the trial before United States District Court Judge Patti B. Saris in the above-captioned case on April 26, 2006 at 9:00 a.m. In support of this petition, the government states that:

1. That **AIRIN GONZALEZ**, dob 7/23/81, is presently confined as a pretrial detainee, in the South Bay House of Corrections and will be so confined on April 26, 2006.

2. That **AIRIN GONZALEZ** has been called to be a witness in the trial in the above-captioned case.

3. That **AIRIN GONZALEZ** is due to appear before United States District Court Judge Patti B. Saris for this purpose on April 26, 2006 at 9:00 a..m.

**WHEREFORE**, the government requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to be directed to the United States Marshal for the District of Massachusetts, to Andrea Cabral, Sheriff Suffolk County, and to any other person having custody and control of **AIRIN GONZALEZ**, commanding them to produce **AIRIN GONZALEZ** before United States

1

District Court Judge Patti B. Saris at the United States Courthouse, 1 Courthouse Way, at Boston, Massachusetts on April 26, 2006 at 9:00 a.m.

                                                          Respectfully submitted,

                                                          MICHAEL J. SULLIVAN
                                                          United States Attorney

dated: April 12, 2006

                                         By: /s/ Paul G. Levenson
                                               PAUL G. LEVENSON
                                               Assistant U.S. Attorney
                                               John Joseph Moakley United States Courthouse
                                               1 Courthouse Way, Suite 9200
                                               Boston, MA 02210
                                               (617) 748-3147

                                      CERTIFICATE OF SERVICE

     I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

dated:

                                             /s/ Paul G. Levenson
                                             PAUL G. LEVENSON