UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA      )
                              )
V.                            )          05-10035-PBS
                              )
MARYSOL MORALES               )
_____)
```

### `DEFENDANT'S WITNESS LIST

The defendant intends on calling the following witnesses at

trial:

Ana Algarin
1380 Main Street
Eight Floor
Apartment #10A
Brockton, MA 02310
04/21/59

Elena Millan
Home Phone: 508/580-8517

Lydia Morales
52 French Avenue #2
Brockton, MA
10/20/81

Maritza Otero
873 Main Street
Brockton, MA 02310
03/21/57

Masairi Rodriguez
144 Ford Street
Brockton, MA 02301
7/14/86

Masary Rodriguez
144 Ford Street
Brockton, MA 02301

8/29/83

Felix J. Sepulveda
1380 Main Street
Eight Floor
Apartment #10A
Brockton, MA  02310
10/22/46

The defendant may also call any witness on the Government's

witness list.  The defendant also reserves the right to

supplement this list.

Marysol Morales
By His Attorneys

CARNEY & BASSIL


                    /s/ J.W. Carney, Jr.

J. W. Carney, Jr.
B.B.O. #074760
Andrew M. D'Angelo
B.B.O. # 564200
20 Park Plaza, Ste. 1405
Boston, MA 02116
617-338-5566


Date:  April 19, 2006