UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 4-24-06
By ___

UNITED STATES OF AMERICA )
)
v. ) NO. 05-10035-PBS
)
MARYSOL MORALES )
)

**EX PARTE MOTION FOR AUTHORIZATION FOR CO-COUNSEL**

The defendant, Marysol Morales, respectfully moves *ex parte* that this Court authorize Attorney Andrew M. D'Angelo to participate in this trial as co-counsel to Attorney J. W. Carney, Jr. As grounds therefore, the defendant states that this is a complex case, and Attorney Carney and Attorney D'Angelo, who are employed at the same firm and who are both members of the CJA panel in this District, have prepared the case together for trial, assigning various aspects of the case and the witnesses.

Marysol Morales
By Her Attorneys

CARNEY & BASSIL

J. W. Carney, Jr.
B.B.O. # 074760
CARNEY & BASSIL
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566

Dated: April 24, 2006

*Handwritten on left margin: 4/24/06 Allowed Patti B Saris*