UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, South Bay House of Corrections.

YOU ARE COMMANDED to have the body of Airin Gonzalez* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 19, on the 7th floor, on April 27, 2006, at 9:00 a.m. for the purpose of a Jury Trial in the case of United States of America V. Marysol Morales CR Number 05-10035-PBS. And you are to retain the body of said Airin Gonzalez while before said Court upon said day and upon such other days thereafter as attendance is needed before said Court shall be necessary, and as soon as may be thereafter to return said Airin Gonzalez to the institution from where taken, under safe and secure conduct, to be there imprisoned as if not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 26th day of April, 2006.

* D.O.B  7/23/81
  SS# unknown


PATTI B. SARIS
United States District Judge

                                        Sarah Thornton, Clerk


                                        By: /s/ Robert C. Alba
                SEAL                      Deputy Clerk