UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 05-10035 PBS |
| ) | |
| MARYSOL MORALES ) | |

UNITED STATES' SUPPLEMENTAL REQUEST FOR JURY INSTRUCTION

Pursuant to Fed. R. Crim. P. 30, the United States of America hereby requests that the Court give the following jury instruction, in the event that defendant fails to introduce evidence which is sufficient – as a matter of law – to establish a "duress" defense:

Limiting Instruction Regarding "Duress" Evidence

You have heard some evidence and some talk by the lawyers about threats that may have been made to Ms. Morales. I instruct you that those threats, if any, are not legally relevant to your decision in this case.

.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

dated: April 26, 2006

By: /s/ Paul G. Levenson
PAUL G. LEVENSON
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

dated: April 26, 2006

                                              /s/ Paul G. Levenson
                                              PAUL G. LEVENSON