AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

United States
V.
Marysol Morales

EXHIBIT ~~████~~ LIST

Case Number: 05-CR-10035-PBS   PAGE 1

| | | |
|---|---|---|
| PRESIDING JUDGE<br>Patti B. Saris | PLAINTIFF'S ATTORNEY<br>Paul Levenson | DEFENDANT'S ATTORNEY<br>J.W. Carney, Jr. |
| TRIAL DATE (S) 4-24, 4-25, 4-26, 4-27, 4-28 | COURT REPORTER<br>Lee Marzilli | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/25/06 | | ✓ | PHOTO OF HOUSING AUTHORITY OFFICE |
| 2 | | 4/25/06 | | ✓ | PHOTO OF HOUSING AUTHORITY OFFICE |
| 3 | | 4/25/06 | | ✓ | PHOTO OF SECTION 8 FILE CABINETS |
| 4 | | 4/25/06 | | ✓ | CERTIFICATE OF SECTION 8 MANAGER TRAINING - MARYSOL MORALES |
| 5 | | 4/25/06 | | ✓ | TRAINING RECORD - MARYSOL MORALES |
| 6 | | 4/25/06 | | ✓ | TRAINING CERTIFICATE - SECTION 8 ELIGIBILITY - MARYSOL MORALES |
| 7 | | 4/25/06 | | ✓ | TRAINING CERTIFICATE - SECTION 8 RENT CALC - MARYSOL MORALES |
| 8 | | 4/25/06 | | ✓ | CODE OF PROFESSIONAL CONDUCT - AVON HOUSING AUTHORITY JUNE 2004 |
| 9 | | 4/25/06 | | ✓ | BANK STATEMENT - AHA SECTION 8 VOUCHER ACCOUNT |
| 11 | | 4/25/06 | | ✓ | FEDERAL REGISTER |
| 10 | | 4/25/06 | | ✓ | INCOME GUIDELINES |
| 14 | | 4/25/06 | | ✓ | MOBILITY PAYMENTS & RECEIVABLES AS OF 6-30-04 |
| 15 | | 4/25/06 | | ✓ | EXAMPLE OF SPREADSHEET |
| 16 | | 4/25/06 | | ✓ | EXCEL SPREADSHEET 10-27-04 |
| 12 | | 4/25/06 | | ✓ | FAX - SHEEDY TO GATTI RE: VOUCHER RECEIVABLES |
| 13 | | 4/25/06 | | ✓ | EMAIL - AHA TO GATTI RE: VOUCHER RECEIVABLES |
| 17 | | 4/25/06 | | ✓ | DESK CALENDAR - MARYSOL MORALES |
| 51 | | 4/25/06 | ✓ | | EMAIL GATTI TO SHEEDY |
| 43 | | 4/25/06 | ✓ | | INVOICE 8/04 |
| 23 | | 4/25/06 | | ✓ | AHA FILE - MARIA MULERO |
| 24 | | 4/25/06 | | ✓ | AHA FILE - JOSE HERRERO |
| 25 | | 4/25/06 | | ✓ | AHA FILE - SARAH ARIAS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages



AO 187A (Rev. 7/87)　　EXHIBIT ~~[redacted]~~ LIST – CONTINUATION　　PAGE 2

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 26 | | 4/25/06 | | ✓ | AHA FILE – MIRIAM GARCIA |
| 27 | | 4/25/06 | | ✓ | AHA FILE – WILMARIS FLORES |
| 28 | | 4/25/06 | | ✓ | AHA FILE – YARITZA MARTINEZ |
| 29 | | 4/25/06 | | ✓ | AHA FILE – ANGELIC LE |
| 30 | | 4/25/06 | | ✓ | AHA FILE – KARINA GONZALEZ |
| 31 | | 4/25/06 | | ✓ | AHA FILE – MANUEL DE AGUIAR |
| 32 | | 4/25/06 | | ✓ | AHA FILE – DENISE ALMEIDA |
| 33 | | 4/25/06 | | ✓ | AHA FILE – JOSEFINA TERRERO |
| 34 | | 4/25/06 | | ✓ | AHA FILE – JOSE ROSA |
| 35 | | 4/25/06 | | ✓ | AHA FILE – KAREN GRULLON |
| 36 | | 4/25/06 | | ✓ | AHA FILE – MARINA BARBOSA |
| 37 | | 4/25/06 | | ✓ | AHA FILE – CARMEN ANDRADE |
| 22 | | 4/25/06 | | ✓ | FLEET BANK – STATEMENT OF ACCOUNT – AHA SECTION 8 |
| 18 | | 4/25/06 | | ✓ | AHA TERMINATION LETTERS |
| 38 | | 4/25/06 | | ✓ | AHA FILE – JANET MONTISSOL |
| 39 | | 4/25/06 | | ✓ | AHA FILE – BELKYS ORTIZ |
| 40 | | 4/25/06 | | ✓ | AHA FILE – VILMA NUNEZ |
| 41 | | 4/25/06 | | ✓ | AHA FILE – ALENAIRAM MEJIA |
| 42 | | 4/25/06 | | ✓ | AHA FILE – AIRIN GONZALEZ |
| 43 | | 4/26/06 | | ✓ | AHA INVOICE #42 TO BHA |
| 44 | | 4/26/06 | ✓ | ✓ | E-MAIL FROM GATTI RE: AVON |
| 45 | | 4/26/06 | ✓ | | |
| 46 | | 4/26/06 | | ✓ | E-MAIL FROM MORALES TO SABA RE: JACK YEARON REPORT |
| 48 | | 4/26/06 | | ✓ | BHA LEDGERS – 38 PAGES |
| 47 | | 4/26/06 | | ✓ | AHA INVOICE #42 – HANDWRITTEN NOTES |
| 50 | | 4/26/06 | | ✓ | PRINTOUTS OF SPREADSHEETS, VENDOR PAYMENTS, MOBILITY SHEETS |
| 49 | | 4/26/06 | | ✓ | AHA INVOICE #42 – HANDWRITTEN NOTES |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)  **EXHIBIT** ~~████████~~ **LIST – CONTINUATION**  PAGE 3

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 51 | | 4/26/06 | | ✓ | EMAIL FROM GATTI TO SHEEDY 11/8/04 RE: BALANCES |
| 53 | | 4/27/06 | | ✓ | LETTER FROM GRACE SANABRIA TO BHA – RESIGNATION |

United States vs. Marysol Morales   CASE NO. 05-CR-10035-PBS

Page _____ of _____ Pages

Case 1:05-cr-10035-PBS    Document 44    Filed 04/28/2006    Page 6 of 6