AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____  DISTRICT OF  _____Massachusetts_____

United States
V.
Marysol Morales

~~_____~~ **WITNESS LIST**

Case Number: 05-CR-10035-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Paul Levenson | J.W. Carney, Jr. |
| TRIAL DATE (S) 4-24, 4-25, 4-26, 4-27, 4-28 | COURT REPORTER Lee Marzilli | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4-25-06 | | | KRISANNE SHEEDY |
| 2 | | 4-25-06 / 4-26-06 | | | MARGARET J. HOLMES |
| 3 | | 4-26-06 | | | MADELINE GATTI |
| 4 | | 4-26-06 | | | VILMA NUNEZ |
| 5 | | 4-26-06 | | | ~~RONALDO~~ MEJIA, ALENAIRAM |
| 6 | | 4-26-06 / 4-27-06 | | | AIRIN GONZALEZ |
| 5 | | 4-27-06 | | | BELKIS ORTIZ |
| 6 | | 4-27-06 | | | JANET CRAYTON |
| 7 | | 4-27-06 | | | MARILYN O'SULLIVAN |
| | 1 | 4-27-06 | | | MASAIRI RODRIGUEZ |
| | 2 | 4-27-06 / 4-28-06 | | | MARYSOL MORALES |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

