UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>MARYSOL MORALES )<br>) | Criminal No. 05-10035 PBS (MBB) |

### JOINT AGREEMENT FOR PROTECTIVE ORDER

This agreed-upon protective order binds the defendant Marysol Morales, her undersigned counsel, and all others having notice of this order.

Marysol Morales, by her undersigned counsel, and counsel themselves, agree to the following conditions with respect to the disclosure of certain materials pertaining to Airin Gonzalez (the protected materials).

1. The protected materials shall be used solely and exclusively in connection with the above-captioned case.

2. Neither Ms. Morales nor her counsel will make any disclosure of the protected materials, or the information contained in those materials, except for purposes of preparing for and conducting the trial of this case.

3. In the event that Ms. Morales or her counsel find it necessary to disclose protected materials, or information contained therein, to any third party (other than disclosures in the course of proceedings in open Court), counsel shall:

a. Provide the person to whom such disclosure is made with a copy of this protective order, and expressly inform such person that this protective order bars any further disclosure of such information.

b. At the earliest practicable date, notify the Assistant United States of the name and address of any person to whom information subject to this protective order may have been disclosed.

4. No copies of the protected materials shall be made.

5. At the conclusion of the examination of Airin Gonzalez, the protected materials shall be returned to Assistant U.S. Attorney Paul Levenson.

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Paul G. Levenson
PAUL G. LEVENSON
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

J.W. CARNEY, JR. ESQ.

_____
Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116

ANDREW D'ANGELO

_____
Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116

SO ORDERED:

_____
PATTI B. SARIS
United States District Judge
4/26/06