UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>MARYSOL MORALES )<br>) | 05-10035-PBS |

**DEFENDANT'S MOTION FOR JUDGMENTS OF
ACQUITTAL PURSUANT TO FED.R.CRIM.P. 29**

The defendant moves, pursuant to Fed.R.Crim.29 that this Court grant her judgments of acquittal on Counts One through Six of the Indictment. In support of this motion, the defendant states that the Government has failed to present evidence which is sufficient to sustain convictions on Counts One though Six.

Marysol Morales
By His Attorneys

CARNEY & BASSIL

J. W. Carney, Jr.
B.B.O. #074760
Andrew M. D'Angelo
B.B.O. # 564200
20 Park Plaza, Ste. 1405
Boston, MA 02116
617-338-5566

Date: April 27, 2006