UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | 05-10035-PBS |
| ) | |
| MARYSOL MORALES ) | |

**DEFENDANT'S MOTION FOR JUDGMENTS OF ACQUITTAL PURSUANT TO FED.R.CRIM.P. 29**

The defendant moves, pursuant to Fed.R.Crim.29 that this Court grant her judgments of acquittal on Counts Seven through Twenty-One of the Indictment. In support of this motion, the defendant states that the Government has failed to present evidence which is sufficient to sustain convictions on Counts Seven though Twenty-One.

Marysol Morales
By His Attorneys

CARNEY & BASSIL

J. W. Carney, Jr.
B.B.O. #074760
Andrew M. D'Angelo
B.B.O. # 564200
20 Park Plaza, Ste. 1405
Boston, MA 02116
617-338-5566

Date: April 27, 2006

[handwritten margin notes: 4/27/06; 4/27/06 Denied. Patti B Saris]