UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA  )
                          )
     v.                   )   CRIMINAL ACTION NO. 05-10035-PBS
                          )
MARYSOL MORALES,          )
                          )
          Defendant.      )
                          )
```

*Received 4/28/06 6:00PM* (handwritten stamp with initials)

VERDICT FORM

**Counts 1 - 5:** Corrupt Receipt of Payments by Agent of Federally Funded Local Government Entity

**Count 1:** Janet Montissol

\_\_\_\_\_ Not Guilty     ✓ Guilty

**Count 2:** Belkis Ortiz

✓ Not Guilty     \_\_\_\_\_ Guilty

**Count 3:** Vilma Nunez

\_\_\_\_\_ Not Guilty     ✓ Guilty

**Count 4:** Alenairam Mejia

\_\_\_\_\_ Not Guilty     ✓ Guilty

**Count 5:** Airin Gonzalez

\_\_\_\_\_ Not Guilty     ✓ Guilty

1

**Counts 6 - 20: Use of False Documents in a Matter Within Jurisdiction of the Federal Agency**

**Count 6:** 5/11/2004 Voucher Document for Maria Mulero

_____ Not Guilty    __✓__ Guilty

**Count 7:** 3/4/2004 Voucher Document for Jose L. Herrero

_____ Not Guilty    __✓__ Guilty

**Count 8:** 5/28/2004 Voucher Document for Sarah Arais

_____ Not Guilty    __✓__ Guilty

**Count 9:** 3/5/2004 Voucher Document for Miriam Garcia

_____ Not Guilty    __✓__ Guilty

**Count 10:** 3/30/2004 Voucher Document for Wilmaris Flores

_____ Not Guilty    __✓__ Guilty

**Count 11:** 3/17/2004 Voucher Document for Yaritza Martinez

_____ Not Guilty    __✓__ Guilty

**Count 12:** 1/16/2004 Voucher Doucment for Angelic Le

_____ Not Guilty    __✓__ Guilty

**Count 13:** 3/17/2004 Voucher Document for Karina Gonzalez

_____ Not Guilty    __✓__ Guilty

**Count 14:** 3/16/2004 Voucher Document for Manuel Deaguiar

_____ Not Guilty    __✓__ Guilty

**Count 15:** 5/4/2004 Voucher Document for Denisa Almeida

_____ Not Guilty    __✓__ Guilty

**Count 16:** 7/2/2004 Voucher Document for Josefina Terrero

_____ Not Guilty    __✓__ Guilty

**Count 17:** 5/12/2004 Voucher Document for Jose A. Rosa

\_\_\_\_\_ Not Guilty        √ Guilty

**Count 18:** 2/23/2004 Voucher Document for Karen Grullon

\_\_\_\_\_ Not Guilty        √ Guilty

**Count 19:** 3/22/2004 Voucher Document for Marina Barbosa

\_\_\_\_\_ Not Guilty        √ Guilty

**Count 20:** 4/8/2004 Voucher Document for Carmen Andrade

\_\_\_\_\_ Not Guilty        √ Guilty


We, the jury, unanimously concur in the above answer.

*[signature]*
JURY FOREPERSON

Dated: