UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | 05-10035-PBS |
| MARYSOL MORALES | ) ) ) | |

**DEFENDANT'S MOTION TO EXTEND DATE**
**FOR FILING OBJECTIONS WITH PROBATION**
**REGARDING PRESENTENCE REPORT**

The defendant moves that the date for filing objections with the Probation Officer regarding the Presentence Report be extended from July 6, 2006 to July 13. As grounds therefore, the defendant's counsel will be on vacation during the week of July 6, and is unable to complete the objections prior to that week.

Marysol Morales
By Her Attorneys

CARNEY & BASSIL

  /s/ J. W. Carney, Jr.

J. W. Carney, Jr.
B.B.O. #074760
Andrew M. D'Angelo
B.B.O. # 564200
20 Park Plaza, Ste. 1405
Boston, MA 02116
617-338-5566

Date:  June 30, 2006

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

                                                <u>/s/  J. W. Carney, Jr.</u>

                                                J. W. Carney, Jr.