UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>MARYSOL MORALES )<br>) | NO. 05-10035-PBS |

### DEFENDANT'S ASSENTED-TO MOTION FOR CONTINUANCE

Now comes the defendant, Marysol Morales, and requests that the sentencing hearing in the above-captioned matter be continued from July 26, 2006 to August 1, 2006 at 3:00 p.m.

In support thereof, counsel for the Defendant is not available on July 26.

The United States, through Assistant United States Attorney Paul G. Levenson, assents to this motion.

> Marysol Morales
> By Her Attorneys
>
> CARNEY & BASSIL
>
> /s/ J. W. Carney, Jr.
> J. W. Carney, Jr.
> B.B.O. # 074760
> CARNEY & BASSIL
> 20 Park Plaza, Ste 1405
> Boston, MA 02116
> 617-338-5566
> jcarney@CarneyBassil.com

Dated: July 18, 2006