```
United States of America  )
                          )
                          )                            FILED
                          )                         IN CLERKS OFFICE
          v.              )    Motion to Receive Court
                          )         Transcripts      2007 JAN 12  P 1:41
                          )
                          )                         U.S. DISTRICT COURT
Marysol Morales, Defendant)                         DISTRICT OF MASS.
```

Defendant Marysol Morales (hereinafter, "Defendant") respect-fully requests, pursuant to 28 U.S.C. 753, all Court tran-scripts and discovery materials pertaining to her sentencing by Judge Saris on August 1, 2006, in the United States District Court of Massachusetts.

Defendant requests said documents to perfect a collateral challenge based on 28 U.S.C. 2255, "the sentence was in excess of the maximum allowed by law". Defendant argues that the sentence imposed was excessive as the United States Sentencing Guidelines (U.S.S.G.) were applied incorrectly. Defendant received enhancements of "vulnerable victim", although the Defendant maintains the victims of her crime did not fit the criteria outlined in U.S.S.G. 3A1.1 (a).

To implement this argument, Defendant must obtain minutes from her sentencing as well as her discovery materials. De-fendant respectfully requests the Court to provide her with said documents.

Respectfully submitted,

*Marysol Morales*
Marysol Morales, Pro Se
Inmate Number 25524-038
Federal Prison Camp
Route 37
Danbury, Connecticut 06881

## VERIFICATION

I, Marysol Morales, declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge.

DATED:                                       Sincerely,

                                             *Marysol Morales* (signature)

                                             Marysol Morales,
P                                            Pro Se