March 1, 2007

Judge Saris
U.S. District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouseway, Suite 2300
Boston, MA 02210

Re. Marysol Morales
# 25524-038

Dear Judge Saris,

    I am presently incarcerated at the Federal Prison Camp in Danbury, CT, and am considering filing a motion.

    At this time however, I am indigent and in need of a Public Defender to assist me.

    Please grant me permission to receive a Public Defender as soon as possible.

    Thank you for your cooperation.

Very truly yours,

*Marysol Morales*
Marysol Morales
1:05CR10035 001 PBS