

Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **of Massachusetts** |
|---|---|
| Name (under which you were convicted): **Marysol Morales** | Docket or Case No.: **1:05CR10635-001-PBS** |
| Place of Confinement: **Federal Prison Camp Danbury** | Prisoner No.: **25534-038** |
| UNITED STATES OF AMERICA  v. | Movant (include name under which you were convicted) **Marysol Morales** |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: **United States District Court, John Joseph Moakley Courthouse, One Courthouse Way, Suite 2300, Boston, MA 02210**

   (b) Criminal docket or case number (if you know): **1:05CR10635-001-PBS**

2. (a) Date of the judgment of conviction (if you know): **August 1, 2006**

   (b) Date of sentencing: **August 1, 2006**

3. Length of sentence: **70 months, two years probation**

4. Nature of crime (all counts): **Corrupt receipt of payments by agent of federally funded local government entity.**

   [Stamp: FILED IN CLERK'S OFFICE US COURT OF APPEALS FOR THE FIRST CIRCUIT 2007 MAY -7]

5. (a) What was your plea? (Check one)
   (1) Not guilty ☒   (2) Guilty ☐   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☒   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☒    No ☐
8. Did you appeal from the judgment of conviction?    Yes ☐    No ☒
9. If you did appeal, answer the following:
   (a) Name of court: _____ N/A _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: _____

   _____
   _____
   _____
   _____
   _____
   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒
   If "Yes," answer the following:
   (1) Docket or case number (if you know): _____
   (2) Result: _____

   (3) Date of result (if you know): _____
   (4) Citation to the case (if you know): _____
   (5) Grounds raised: _____

   _____
   _____
   _____
   _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐    No ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____ N/A _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

Page 4

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❏    No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____ N/A _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❏    No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ❏    No ☒

(2) Second petition:    Yes ❏    No ☒

Page 5

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: `Vunerable victim`.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The two main victims were not pregnant, poor or single which constitutes vunerable victim. One was married for a least two years and the other had a boyfriend for a few years + owned a cell phone.

_____

_____

_____

_____

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑  No ❑

(2) If you did not raise this issue in your direct appeal, explain why: N/A

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑  No ☑

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Page 6

Docket or case number (if you know): _____ N/A _____
Date of the court's decision: _____ N/A _____
Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____ N/A _____

Docket or case number (if you know): _____ N/A _____
Date of the court's decision: _____ N/A _____
Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____ N/A _____

GROUND TWO: _____ N/A _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):