```
                    Marysol Morales          FILED
                      25524-038           IN CLERKS OFFICE
                Danbury Federal Prison Camp
                     33 1/2 Pembroke Road
                     Danbury, CT    06811  2007 AUG 10  P 12: 24

                                          U.S. DISTRICT COURT
                                          DISTRICT OF MASS.
```

August 6, 2007


U.S. District Court
Office of the Court Clerk
John Joseph Moakley Courthouse
1 Courthouse Way
Suite 2300
Boston, MA    02210

RE:  United States v. Morales, No.,05-CR-10035(PBS)


Dear Clerk of Court:

   In order to vacate, set aside or correct my sentence pursuant to 28 USCA 2255 for the First Circuit, I Marysol Morales respectfully request that this Court issue a certificate of appealability, pursuant to 28 USCA 2253, and Rule 22 (b) of the Federal Rules of Appellate Procedure.

   I, Marysol Morales maintain that I am entitled to redress on appeal on the following ground, which substantially shows that I was denied my constitutional rights.

   1.  I was denied effective assistance of counsel because my trial attorney failed to object to the two point enhancement provided for by USSG 3A1.1(b)(1), "Vulnerable Victim".


Respectfully submitted,

*Marysol Morales* (signature)
Marysol Morales
Pro-se Litigant